IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-100 |
| v. | |
| ALKEEM COLLINS, individually, and as an officer, director, shareholder, member and/or principal of BLU DIAMOND LOUNGE (GA), LLC d/b/a BLU DIAMOND SPORTS BAR & GRILL; and BLU DIAMOND LOUNGE (GA), LLC d/b/a BLU DIAMOND SPORTS BAR & GRILL, | |
| Defendants. | |

**O R D E R**

The Court has been advised by Plaintiff that this case has settled. (Doc. 17.) Plaintiff explains, however, that the settlement involves an "installment payment plan" and, therefore, "the case will not be ready for a dismissal with prejudice until after October 28, 2021[,] when all the settlement payments have been made." (Id.) Plaintiff requests that, in the meantime, the case be administratively closed until all payments are collected from the Defendants, at which point the parties will file a Joint Stipulation of Dismissal with Prejudice. (Id.) Almost a month has passed since the Plaintiff filed the Notice of Settlement, and neither of the Defendants has voiced any opposition to the requested course of action. Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.[1]  See Heape v. Flanagan, No. 6:07-CV-12, 2008

---

[1] Plaintiff's pending Motion to Amend Its Complaint and Add Gareth Collins as a Defendant, (doc. 16), is **DENIED WITHOUT PREJUDICE**, as it is moot given the closure of the case.

WL 2439736 (S.D. Ga. June 9, 2008).  All proceedings herein are **STAYED** until the stipulation of dismissal is filed.

    **SO ORDERED**, this 17th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA